# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2007

134295

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BETH HOFFMAN, Personal
Representative of the Estate of
Edgar Brown, Deceased,
        Plaintiff-Appellant,

v

        SC: 134295
        COA: 258982
        Calhoun CC: 03-003576-NH

PETER BARRETT and BATTLE
CREEK HEALTH SYSTEMS,
        Defendants-Appellees.

_____/

      By order of October 29, 2007, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals was held in abeyance pending the decision in *Mullins v St Joseph Mercy Hosp* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, ___ Mich ___ (2007), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REMAND this case to the Calhoun Circuit Court for entry of an order denying the defendants' motion for summary disposition and for further proceedings not inconsistent with this order and the order in *Mullins*.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2007

                    Clerk